UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Mahnaz M., | Case No.:  22-cv-01729-BGS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR 60-DAY EXTENSION FOR DEFENDANT TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** |
| v. | |
| Kilolo KIJAKAZI, | |
| Defendant. | [ECF No. 13] |

On February 2, 2023, the parties filed a Joint Motion for a 60-Day Extension for Defendant to File Certified Administrative Record and Answer. (ECF 13.) The parties argue there is good cause to extend the deadline to file the administrative record 60 days from the current deadline. (ECF 13 at 1). The Joint Motion is **GRANTED**. The Certified Administrative Record and Answer must be filed no later than April 5, 2023.

**IT IS SO ORDERED**.

Dated:  February 7, 2023

_____
Hon. Bernard G. Skomal
United States Magistrate Judge